Joseph PESKLO, Relator,

v.

COMMISSIONER OF ECONOMIC SECURITY, Respondent.

No. CX–83–313.

Supreme Court of Minnesota.

June 24, 1983.

Joseph Pesklo, pro se.

Hubert H. Humphrey, III, Atty. Gen., and Peter C. Andrews, Asst. Atty. Gen., St. Paul, for respondent.

KELLEY, Justice.

The employee-relator Joseph Pesklo obtained a writ of certiorari to review a

decision of the Commissioner, Department of Economic Security disqualifying him from the receipt of supplemental benefits upon his failure to actively seek work. Writ discharged.

Minn.Stat. § 268.10, subd. 10 (1982) requires the service of the writ of certiorari upon the commissioner within the 30-day time period established under Minn.Stat. § 268.10, subd. 8 (1982). The relator failed to do so and the writ is accordingly discharged.

Writ discharged.